UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN JEROME JOHNSON,

    Petitioner,

v.

GREGORY SKIPPER,

    Respondent.
_____/

Case No. 1:20-cv-259

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: June 8, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge